UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LENARD BERRIAN,

                              Plaintiff,

      -against-                                       19 **CIVIL** 793 (RA)

                                                                **JUDGMENT**

CITY OF NEW YORK; CAPTAIN WEEKS;
CAPTAIN BOLANOS; and CAPTAIN MORGAN,

                              Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated April 15, 2020, Defendants' motion to dismiss is granted in its entirety.

**Dated:**  New York, New York
           May 29, 2020

                                                                **RUBY J. KRAJICK**
                                                                 _____
                                                                 **Clerk of Court**
                                              **BY:** _____
                                                                   **Deputy Clerk**